UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHELINE PIERRE,<br><br>                    Plaintiff,<br><br>        -against-<br><br>UNITED STATES OFFICE OF THE COMPTROLLER OF CURRENCY, ET AL,<br><br>                    Defendant. | 23-CV-3802 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 7, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 7, 2023
            New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                        Chief United States District Judge